**Order entered March 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01090-CV

### ZOHRA KHWAJA, Appellant

### V.

### QUIK-WAY RETAIL ASSOCIATES II, LTD., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01589**

## ORDER

We **GRANT** appellant's March 3, 2015 unopposed motion for an extension of time to file a reply brief.  Appellant shall file a reply brief by **MARCH 23, 2015**.


/s/     ELIZABETH LANG-MIERS
         JUSTICE